WILLIAM C. ADAMS et al., Respondents, *v.* ELIAS L. M. BRISTOL, Appellant, and SAMUEL F. ADAMS et al., Respondents.

*Adams* v. *Bristol*, 126 App. Div. 660, affirmed.
(Argued June 16, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

16, 1908, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of a referee in an action of partition.

*Arthur O. Townsend* and *Burt L. Rich* for appellant.

*Payson Merrill* and *Alfred H. Holbrook* for respondents.

Judgment affirmed, with costs, and it appearing that since the argument of the appeal one of the defendants, Sarah Jane Hill, has died, it is further ordered that such affirmance be entered as of the 16th of June, 1909, that being the day on which the appeal was submitted to this court for decision; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.